UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAAEM SOHAIL KHAN,

                Petitioner,

    v.

ICE FIELD OFFICER DIRECTOR ,

                Respondent.

CASE NO. 2:20-cv-01548-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1